

## United States District Court
## Eastern District of California

United Auto Workers Local 2350

Plaintiff(s)

V.

California State University Employees Union

Defendant(s)

Case Number: 2:26-CV-01794-WBS-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Matthew Bruenig _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff United Auto Workers Local 2350

On ___March 10, 2017___ (date), I was admitted to practice and presently in good standing in the

___District of Columbia___ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ___05/08/2026___          Signature of Applicant: /s/ Matthew Bruenig _____

**Pro Hac Vice Attorney**

Applicant's Name: Matthew Bruenig

Law Firm Name:

Address: 124 4th Street

City: Stamford          State: CT    Zip: 06905

Phone Number w/Area Code: (857) 540-1205

City and State of Residence: Stamford, CT

Primary E-mail Address: matthewbruenig@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anahit Davtyan

Law Firm Name:

Address: 1808 14th Street, Sacramento, CA 95811

City: Sacramento          State: CA    Zip: 95811

Phone Number w/Area Code: 916-385-3284          Bar # 335263

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE